

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

|  |  |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>Marcos Guerrero,<br>Elijah Gafare,<br>Cinthia Leal, and<br>Vincent Solarez,<br><br>   Defendants. | Case No. 5:24-CR-00163-JGB<br><br>**VERDICT FORM** |

## <u>MARCOS GUERRERO</u>

## COUNT ONE

## <u>Conspiracy to Interfere with Commerce by Robbery</u>

1. We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

    \_\_\_\_\_    NOT GUILTY

    ✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 2.)*



(8)

1/22/25
_____
DATED

_____
FOREPERSON

# ELIJAH GAFARE

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

2.  We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____   NOT GUILTY

✓   GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 3.)*



**1/22/25**
DATED

(8)

FOREPERSON

# CINTHIA LEAL

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

3. We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____     NOT GUILTY

✓     GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 4.)*



⟨8⟩

1/22/25
DATED

FOREPERSON

4

# VINCENT SOLAREZ

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

4. We, the jury in the above-captioned case, unanimously find defendant

   VINCENT SOLAREZ:

   _____      NOT GUILTY

   ✓      GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 5.)*



_1/22/25_
**DATED**

**FOREPERSON**

## **MARCOS GUERRERO**

### **COUNT TWO**

### **Interference with Commerce by Robbery**

5.  We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____        NOT GUILTY

✓        GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 6.)*



1/22/25
DATED

FOREPERSON

## ELIJAH GAFARE

### COUNT TWO

### Interference with Commerce by Robbery

6.  We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____    NOT GUILTY

___✓___    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 7.)*

                                                        ▮▮▮▮▮▮▮▮▮▮ (8)

_1/22/25_                                   ▮▮▮▮▮▮▮▮▮▮
DATED                                       FOREPERSON

7

## CINTHIA LEAL

## COUNT TWO

## Interference with Commerce by Robbery

7.  We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____    NOT GUILTY

   ✓       GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 8.)*

███████████████ *(8)*

1/22/25
_____
DATED

████████████████
_____
FOREPERSON

## VINCENT SOLAREZ

## COUNT TWO

## Interference with Commerce by Robbery

8. We, the jury in the above-captioned case, unanimously find defendant

VINCENT SOLAREZ:

_____   NOT GUILTY

✓   GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 9.)*



$(8)$

1/22/25
DATED

FOREPERSON

9

# MARCOS GUERRERO

## COUNT THREE

### Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

9. We, the jury in the above-captioned case, unanimously find defendant MARCOS GUERRERO:

_____        NOT GUILTY

\_\_✓\_\_        GUILTY

as charged in Count Three of the First Superseding Indictment.

*(If your response to Question 9 is Guilty, you must also answer Question 10.  If your response to Question 9 is Not Guilty, do not answer Question 10.)*

10. Having found defendant MARCOS GUERRERO guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

\_\_✓\_\_        Used

\_\_✓\_\_        Carried

\_\_✓\_\_        Brandished

████████████████ ( 8 )

████████████████
FOREPERSON

1/22/25
DATED

*(Proceed to Question 11.)*

10

# ELIJAH GAFARE

## COUNT THREE

## Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

11. We, the jury in the above-captioned case, unanimously find defendant ELIJAH GAFARE:

_____  NOT GUILTY

___✓___  GUILTY

as charged in Count Three of the First Superseding Indictment.

*(If your response to Question 11 is Guilty, you must also answer Question 12. If your response to Question 11 is Not Guilty, do not answer Question 12.)*

12. Having found defendant ELIJAH GAFARE guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

___✓___  Used

___✓___  Carried

___✓___  Brandished

██████████████ *(8)*

_1/22/25_
**DATED**

██████████████
**FOREPERSON**

*(Proceed to Question 13.)*

11

# CINTHIA LEAL

## COUNT THREE

### Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

13. We, the jury in the above-captioned case, unanimously find defendant CINTHIA LEAL:

_____ NOT GUILTY

___✓___ GUILTY

as charged in Count Three of the First Superseding Indictment.

*(If your response to Question 13 is Guilty, you must also answer Question 14. If your response to Question 13 is Not Guilty, do not answer Question 14.)*

14. Having found defendant CINTHIA LEAL guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

___✓___ Used

___✓___ Carried

___✓___ Brandished

██████████████████ ( 8 )

_____1/22/25_____
**DATED**

██████████████
FOREPERSON

*(Proceed to Question 15.)*

12

## MARCOS GUERRERO

## COUNT FOUR

## <u>Carjacking</u>

15.  We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 16.)*



_____    _____
DATED    FOREPERSON

# ELIJAH GAFARE

## COUNT FOUR

### Carjacking

16. We, the jury in the above-captioned case, unanimously find defendant

    ELIJAH GAFARE:

    _____    NOT GUILTY

    ✓    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 17.)*

 (8)

    1/22/25
    DATED                         FOREPERSON

# CINTHIA LEAL

## COUNT FOUR

### Carjacking

17.  We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 18.)*

1/22/25
_____
DATED

 *(8)*
_____
FOREPERSON

## VINCENT SOLAREZ

## COUNT FOUR

## Carjacking

18. We, the jury in the above-captioned case, unanimously find defendant

VINCENT SOLAREZ:

_____    NOT GUILTY

___✓___    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 19.)*



| | |
|---|---|
| 1/22/25 | |
| DATED | FOREPERSON |

# MARCOS GUERRERO

## COUNT FIVE

### Witness Tampering

19. We, the jury in the above-captioned case, unanimously find defendant

   MARCOS GUERRERO:

   _____     NOT GUILTY

   ✓     GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 20.)*



1/22/25
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
DATED                                   FOREPERSON

# ELIJAH GAFARE

## COUNT FIVE

### Witness Tampering

20. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 21.)*



_1/22/25_
**DATED**

**FOREPERSON**

# **CINTHIA LEAL**

## **COUNT FIVE**

### **Witness Tampering**

21. We, the jury in the above-captioned case, unanimously find defendant

   CINTHIA LEAL:

   _____    NOT GUILTY

   ✓    GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 22.)*



1/22/25
_____
DATED

_____
FOREPERSON

19

# MARCOS GUERRERO

## COUNT SIX

### Felon in Possession of a Firearm and Ammunition

22. We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

____✓____    GUILTY

as charged in Count Six of the First Superseding Indictment.



1/22/25
DATED

FOREPERSON

20