Name **DAVID R. REED, St. Bar 62479**
Address **42215 Washington St, Suite A-204**
City, State, Zip **Palm Desert, CA 92211**
Phone **(760) 333-7975**
Fax
E-Mail **automatictrials@yahoo.com**

☐ FPD  ☒ Appointed  ☒ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 5:24 cr 00163 (A) JGB - 4 |
| v. | |
| VINCENT SOLAREZ | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____**VINCENT SOLAREZ**_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:
   48 Months

☒ Bail status:
   In custody B.O.P.

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____**June 2, 2025**____. Entered on the docket in this action on __Not yet entered__.

A copy of said judgment or order is attached hereto.

| 6/5/2025 | /S/ David Reed, CJA Attorney |
|---|---|
| Date | Signature |
| | ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk |

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                                    NOTICE OF APPEAL