# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.  EDCR24-00163(A)-JGB-4 | Date  June 2, 2025 |

Present: The Honorable  JESUS G. BERNAL, U.S. District Judge

| Maynor Galvez | Phyllis A. Preston | Joshua Lee/Tritia Yuen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| VINCENT SOLAREZ | √ | ☐ | David Reed, CJA | ☐ | ☐ | √ | n/a |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**    **Contested** ___  √ **Non-Evidentiary**

Day ___ (if continued from a prior hearing date)

√ Refer to separate Judgment.
√ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
√ Defendant informed of right to appeal.
√ Processed Statement of Reasons

___ Bond exonerated   ___ upon surrender   ___ upon service of _____
√ Filed and distributed judgment.  ENTERED.
___ Other

:   10

Initials of Deputy Clerk   MG

cc:  USPO/USM-ED